DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER LARKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Cr.S 08-086-EJG
                                )
              Plaintiff,         )   ORDER APPOINTING COUNSEL
                                )
        v.                      )   JUDGE: Hon. Edward J. Garcia
                                )
CHRISTOPHER LARKIN,             )
                                )
              Defendant.        )
                                )
_____ )

        The defendant, CHRISTOPHER LARKIN, through the Federal Defender

for the Eastern District of California, hereby requests appointment of

counsel as follows:

        [ X ]  Assistant Federal Defender, BENJAMIN GALLOWAY

        [   ]  CJA Panel Member _____ because the

Federal Defender has a conflict in this matter.

        Our office was notified that an indictment had been filed in

this case.  Our office contacted Mr. Larkin at the Sacramento County

Main Jail on April 22, 2009.  Mr. Larkin subsequently requested the

appointment of counsel.

It appears that Mr. Larkin qualifies for such appointment.

A Financial Affidavit is included with this application as evidence of the defendant's inability to obtain counsel.

DATED:  April 23, 2009

                                   Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender


Having satisfied the court that CHRISTOPHER LARKIN is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.


DATED:  April 23, 2009.


                                   /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE