UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
APR 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CHRISTOPHER LARKIN

) CR NO: 2:08-00086-EJG
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: **CHRISTOPHER LARKIN**

Detained at (custodian): **Sacramento County Main Jail**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment  ☐ Information  ☐ Complaint
Charging Detainee With:
**18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Jill M. Thomas
Printed Name & Phone No: **JILL M. THOMAS (916) 554-2781**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/28/09
Date

/s/ Dale A. Drozd
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | X-2275259 | DOB: | 1966 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, California 95814 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | PC 459 Burglary | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)