**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 440-1010
Facsimile: (877) 440-1012
Email: coscalaw@gmail.com

Attorney for Defendant
CHRISTOPHER LARKIN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No.: 2:08-CR-0086-EJG |
| Plaintiff,     ) | **STIPULATION AND ORDER** |
| vs.     ) | **CONTINUING STATUS CONFERENCE** |
| CHRISTOPHER LARKIN     ) | DATE:   July 10, 2009 |
|      ) | TIME:   10:00 a.m. |
| Defendant.     ) | JUDGE:  Hon. Edward J. Garcia |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for July 10, 2009, may be continued to August 7, 2009 at 10:00 a.m. Counsel require additional time to obtain and review discovery. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: July 9, 2009

                                          by    /s/ Chris Cosca
                                                             Chris Cosca
                                                             Attorney for Defendant
                                                             CHRISTOPHER LARKIN

DATED: July 9, 2009                     by    /s/ Chris Cosca for
                                                              Jill Thomas
                                                              Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for July 10, 2009 is continued to August 7, 2009 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:   July 9, 2009                                /s/   Edward J. Garcia
                                                                    EDWARD J. GARCIA, Judge
                                                                    United States District Court