1    **Chris Cosca**
     Attorney at Law
2    California State Bar Number 144546
     1007 Seventh Street, Suite 210
3    Sacramento, CA 95814
     Telephone:  (916) 440-1010
4    Facsimile:  (877) 440-1012
     Email:        coscalaw@gmail.com
5
     Attorney for Defendant
6    CHRISTOPHER LARKIN

7

8                    **UNITED STATES DISTRICT COURT**

9            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          )   Case No.: 2:08-CR-0086-EJG
                                        )
12          Plaintiff,                  )   **STIPULATION AND ORDER TO**
                                        )   **ADVANCE STATUS CONFERENCE**
13      vs.                             )
                                        )   **DATE:      September 18, 2009**
14   CHRISTOPHER LARKIN                 )   **TIME:       10:00 a.m.**
                                        )   **JUDGE:   Hon. Edward J. Garcia**
15                                      )
            Defendant.                  )
16   _____

17                              **Stipulation**

18        The parties, through their undersigned counsel, stipulate that the status conference

19   scheduled for September 18, 2009 be advanced to August 28, 2009 at 10:00 a.m. Counsel are

20   engaged in plea negotiations and believe a pre-plea report from probation will facilitate a change

21   of plea. Specifically, the parties are uncertain about whether probation will consider certain prior

22   offenses to be "controlled substance offenses" under the sentencing guidelines, and whether

23   "relevant conduct" will impact the defendant's offense level. Accordingly, rather than wait until

24   September 18, 2009, the parties would like to advance the status conference to August 28, 2009

25   in order to request a pre-plea report and thereby facilitate a change of plea. The parties also agree

                                        - 1 -

1  that time may be excluded from the speedy trial calculation under the Speedy Trial Act for

2  counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

3      The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

4

5  DATED: August 18, 2009         by    /s/ Chris Cosca_____
                                                Chris Cosca

6                                                  Attorney for Defendant
                                                CHRISTOPHER LARKIN

7

8

9  DATED: August 18, 2009         by    /s/ Chris Cosca for_____
                                                Jill Thomas

10                                                  Assistant U. S. Attorney

## **Order**

11

12      Good cause appearing,

13      The status conference scheduled for September 18, 2009 is advanced to August 28, 2009

14  at 10:00 a.m. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h)

15  (8) (B) (iv) and Local Code T4 for counsel preparation.

16      IT IS SO ORDERED.

17

18  DATED:   August 19, 2009             /s/ Edward J. Garcia   _____
                                                EDWARD J. GARCIA, Judge
                                              United States District Court

19

20

21

22

23

24

25