SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CHRISTOPHER LARKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LARKIN,<br><br>         Defendant. | CASE NO.  2:08-cr-0086 EJG<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO SUPPRESS AND EXCLUDING TIME<br><br><br>DATE:   May 7, 2010<br>TIME:   10:00 a.m.<br>COURT:  Hon. Edward J. Garcia |

<u>Stipulation</u>

The parties stipulate, through undersigned counsel, that the hearing on the motion to suppress evidence, currently set for Friday, May 7, 2010, at 10:00 a.m., shall be continued to Friday, May 14, 2010, at 10:00 a.m., and stipulate that the time beginning May 7, 2010, and extending through May 14, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

In accord with the change in the hearing date, the parties further stipulate that the briefing schedule should be modified as follows:

/ / /

/ / /

1

1  Defendant's moving papers: April 9, 2010
2  Government's opposition brief: April 23, 2010
3  Defendant's reply brief: April 30, 2010

5  Counsel for defendant has recently finished a jury trial in an
6  unrelated matter and the additional time requested is necessary to
7  ensure effective preparation, taking into account the exercise of due
8  diligence.
9  Accordingly, the parties believe that the continuance should be
10 excluded from the calculation of time under the Speedy Trial Act
11 pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,
12 the additional time is necessary to ensure effective preparation,
13 taking into account the exercise of due diligence, as well as to
14 ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv);
15 Local Code T4.  The interests of justice served by granting this
16 continuance outweigh the best interests of the public and the
17 defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
18 The prosecutor has authorized the defense attorney to sign on her
19 behalf.

DATED: March 29, 2010                Benjamin Wagoner
                                     United States Attorney

                                by   /s/ Jill Thomas
                                     Jill Thomas
                                     Assistant U.S. Attorney

DATED: March 29, 2010
                                by   /s/ Scott Cameron
                                     Scott Cameron
                                     Counsel for:
                                     Christopher Larkin

1                                    **ORDER**

2  The hearing on the motion to suppress evidence in case number S-08-
3  0086 EJG, currently set for Friday, May 7, 2010, at 10:00 a.m., is
4  continued to Friday, May 14, 2010, at 10:00 a.m., and the time
5  beginning May 7, 2010, and extending through May 14, 2010, is excluded
6  from the calculation of time under the Speedy Trial Act in accordance
7  with 18 U.S.C. § 3161 and Local Codes E and T4.  The briefing schedule
8  is hereby modified as set forth in the above stipulation.

10 IT IS SO ORDERED.

13 DATED: March 29, 2010            /s/ Edward J. Garcia
                                    Edward J. Garcia, Judge
14                                  United States District Court